UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONALD J. CRANSTON, JR., et al.,

                Plaintiffs,

-against-

HALCYON CONSTRUCTION
CORP., et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 4327 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 4 2005 ★
BROOKLYN OFFICE

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the case without prejudice for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 02, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court